PS 42
(8/96 ND/FL)

# United States District Court

## Northern District of Florida

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| **Cheree A. Morrow** | ) | Case No. 3:08CR70-001/LAC |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Cheree A. Morrow, have discussed with Karen K. Cook, U.S. Probation Officer, modification of my release as follows:

Add a condition as follows: "The defendant shall undergo a mental health evaluation and participate in treatment as recommended by the treatment provider."

I consent to this modification of my release conditions and agree to abide by this modification.

_Cheree Morrow_    9/15/08    _Karen K Cook_    9/15/08
Signature of Defendant    Date    U.S. Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    9-10-08
Signature of Defense Counsel    Date

_[signature]_    9/16/08
Signature of Assistant U.S. Attorney    Date

[X] The above modification of conditions of release is ordered, to be effective on 23 Sept 08

[ ] The above modification of conditions of release is not ordered.

_[signature]_    23 Sept 08
Signature of Judicial Officer    Date